UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
IRON WORKERS LOCAL UNION NO. 580
and TRUSTEES of the IRON WORKERS FUNDS

                        Petitioners,        07 Civ. 5463 (JSR)

- against -                               **NOTICE OF MOTION FOR**
                                                    **JUDGMENT BY DEFAULT**

D.F.S. BROTHERS IRON WORKS

                        Respondent.
------------------------------------------------x

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of DENIS A. ENGEL, sworn to on the 12th day of July, 2007, annexed exhibits, and upon the pleadings and all prior proceedings had herein, IRON WORKERS LOCAL UNION NO. 580 and TRUSTEES of the IRON WORKERS FUNDS by their attorneys, Colleran, O'Hara & Mills, will move this Court, in Courtroom 14-B, United States Courthouse at 500 Pearl Street, New York, on July 20, 2007 at 11:00 a.m. or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 55.2(B) of the Federal Rules of Civil Procedure granting a motion for judgment by default in favor of the IRON WORKERS LOCAL UNION NO. 580 and TRUSTEES of the IRON WORKERS FUNDS and against D.F.S. BROTHERS IRON WORKS, who have failed to appear and answer, and for such other and further relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be filed on or before July 20, 2007.

Dated: July 12, 2007

                                                         COLLERAN, O'HARA & MILLS
                                                         Attorneys for Petitioners

                                                         By:
                                                          DENIS A. ENGEL (DAE 7796)
                                                          1225 Franklin Avenue
                                                          Suite 450
                                                         Garden City, New York 11530
                                                         (516) 248-5757

TO:

Robert Tavon, Esq.
5424 Arlington Avenue, Suite H63
Riverdale, Bronx, New York 10471

D.F.S. Brothers Iron Works, Inc.
a/k/a D.F.S. Brothers Steel Fabricators
58-15 58th Place
Maspeth, New York 11378
Attn: Dominick LoFaso