UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LOCAL UNION NO. 580 of the INTERNATIONAL　　　　07 Civ 5463(JSR)
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON WORKERS,　　　NOTICE OF MOTION
AFL-CIO, AND　　　　　　　　　　　　　　　　　　　　FOR JUDGMENT BY
　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFAULT
TRUSTEES OF LOCAL UNION NO. 580 of the
INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS EMPLOYEE BENEFIT FUNDS,

　　　　- and-

D.F.S. BROTHERS IRON WORKS, INC. A/K/A
D.F.S. BROTHERS STEEL FABRICATORS,

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of DENIS A. ENGEL, sworn to on the 13th day of July, 2007, annexed exhibits, and upon the pleadings and all prior proceedings had herein, LOCAL UNIO NO. 580 of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO and TRUSTEES OF LOCAL UNION NO. 580 of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS EMPLOYEE BENEFIT FUNDS by their attorneys, Colleran, O'Hara & Mills, will move this Court, in Courtroom 14-B, United States Courthouse at 500 Pearl Street, New York, on July 20, 2007 at 11:00 a.m. or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 55.2(b) of the Federal Rules of Civil Procedure granting a motion for judgment by default in favor of LOCAL UNION NO. 580 of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO and TRUSTEES OF LOCAL UNION NO. 580 of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS EMPLOYEE BENEFIT FUNDS and against D.F.S. BROTHERS IRON WORKS, INC. A/K/A D.F.S. BROTHERS STEEL FABRICATORS who have failed to appear and answer, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be filed on or before July 20, 2007.

Dated: July 13, 2007

                                                COLLERAN, O'HARA & MILLS, L.L.P.
                                                Attorneys for Petitioners

                                                By: _____
                                                     DENIS A. ENGEL (DAE 7796)
                                                     1225 Franklin Avenue
                                                     Suite 450
                                                     Garden City, New York 11530
                                                     (516) 248-5757

TO:

Robert Tavon, Esq.
5424 Arlington Avenue, Suite H63
Riverdale, Bronx, New York 10471

D.F.S. Brothers Iron Works, Inc.
a/k/a D.F.S. Brothers Steel Fabricators
58-15 58th Place
Maspeth, New York 11378
Attn: Dominick LoFaso