UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOCAL UNION NO. 580 of the INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON WORKERS,
AFL-CIO, AND

TRUSTEES OF LOCAL UNION NO. 580 of the
INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS EMPLOYEE BENEFIT FUNDS,

    - and-

D.F.S. BROTHERS IRON WORKS, INC. A/K/A
D.F.S. BROTHERS STEEL FABRICATORS,

------------------------------------------------------------------x

07 Civ 5463(JSR)

STATEMENT OF
DAMAGES

| | |
|---|---:|
| Principal amount sued for | $52,494.63 |
| Interest at 9 % from June 8, 2007 through July 10, 2007 | $401.26 |
| Costs and Disbursements: | |
| Clerk's fee | $350.00 |
| Process Server fee for service | $ 57.00 |
| Total (as of July 10, 2007) | $53,302.89 |