UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
LOCAL UNION NO. 580 of the INTERNATIONAL             07 Civ 5463(JSR)
ASSOCIATION OF BRIDGE, STRUCTURAL ,
ORNAMENTAL AND REINFORCING IRON WORKERS,
AFL-CIO, AND
                                                     <u>CLERK'S CERTIFICATE</u>
TRUSTEES OF LOCAL UNION NO. 580 of the
INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS EMPLOYEE BENEFIT FUNDS,

       - and-

D.F.S. BROTHERS IRON WORKS, INC. A/K/A
D.F.S. BROTHERS STEEL FABRICATORS,
-----------------------------------------------------------------------x

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 8, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on Respondent by having been served on the Respondent, D.F.S. BROTHERS IRON WORKS, INC. A/K/A D.F.S BROTHERS STEEL FABRICATORS on June 15, 2007 by personally delivering a copy of the Summons and Complaint to Sal Lofaso, an officer of D.F.S. BROTHERES IRON WORKS, INC. A/K/A D.F.S. BROTHERS STEEL FABRICATORS at 58-15 58th Place, Maspeth, New York at 1:19 P.M., and a proof of service having been filed on June 25, 2007.

      I further certify that the docket entries indicate that the Respondent has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:   New York, New York
           July   , 2007

                                                     J. MICHAEL McMAHON
                                                     Clerk of the Court

                                   By: _____
                                          Deputy Clerk