UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

LOCAL UNION NO. 580 of the INTERNATIONAL                    07 Civ 5463(JSR)
ASSOCIATION OF BRIDGE, STRUCTURAL ,
ORNAMENTAL AND REINFORCING IRON WORKERS,                    DEFAULT JUDGMENT
AFL-CIO, AND

TRUSTEES OF LOCAL UNION NO. 580 of the
INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS EMPLOYEE BENEFIT FUNDS,

       - and-

D.F.S. BROTHERS IRON WORKS, INC. A/K/A
D.F.S. BROTHERS STEEL FABRICATORS,

----------------------------------------------------------------------x

       This action having been commenced on June 8, 2007 by the filing of the
Summons and Complaint, and a copy of the Summons and Complaint having been personally
served on the respondent, D.F.S. BROTHERS IRON WORKS, INC. A/K/A D.F.S. BROTHERS
STEEL FABRICATORS on June 15, 2007 by personally delivering a copy of the Summons and
Complaint to Sal LoFaso, an officer of D.F.S. BROTHERS IRON WORKS INC. A/K/A D.F.S.
BROTHERS STEEL FABRICATORS, at 58-15 58th Place, Maspeth, New York at 1:19 P.M.,
and a proof of service having been filed on June 25, 2007 and the respondent not having
answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That LOCAL UNION NO. 580 of
the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND
REINFORCING IRON WORKERS, AFL-CIO AND TRUSTEES OF LOCAL UNION NO. 580
of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL
AND REINFORCING IRON WORKERS EMPLOYEE BENEFIT FUNDS   have judgment

against D.F.S. BROTHERS IRON WORKS, INC. A/K/A D.F.S. BROTHERS STEEL FABRICATORS in the liquidated amount of $52,494.63 with interest at 9 % from June 8, 2007 through July 10, 3007 amounting to $401.26 plus costs and disbursements of this action in the amount of $407.00 amounting in all to $53,302.89.

Dated:  New York, New York
      July   , 2007

                                        _____
                                                  U.S.D.J.

                              This document was entered on the docket
                              on _____.