UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL UNION NO. 580 of the INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON
WORKERS, AFL-CIO AND
TRUSTEES OF INTERNATIONAL ASSOCIATION OF     :     07 CIV 5463 (JSR)
BRIDGE, STRUCTURAL, ORNAMENTAL AND
REINFORCING IRON WORKERS EMPLOYEE
BENEFIT FUNDS,
                                     Plaintiffs,
     -and-
D.F.S. BROTHERS IRON WORKS, INC. A/K/A
D.F.S. BROTHERS STEEL FABRICATORS,
                                     Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

Linda Perillo, being duly sworn, deposes and says:

Deponent is not a party to this action, is over eighteen (18) years of age and resides in Garden City South, New York 11530.

On July 13, 2007, Deponent served the within NOTICE OF MOTION FOR JUDGMENT BY DEFAULT and DECLARATION IN SUPPORT OF PETITIONER'S MOTION FOR JUDGMENT BY DEFAULT upon the following parties in this action, at the addresses indicated below, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   D.F.S. Brothers Iron Works, Inc.
      a/k/a D.F.S. Brothers Steel Fabricators
      58-15 58th Place
      Maspeth, New York 11378

      Robert Tavon, Esq.
      5424 Arlington Avenue, Suite #H-63
      Riverdale, Bronx, New York 10471

*Linda Perillo*
Linda Perillo

Sworn to before me this 13th
day of July, 2007

*Erin O. Doherty*
NOTARY PUBLIC

ERIN O. DOHERTY
Notary Public, State of New York
No. 02DO6163194
Qualified in Nassau County
Commission Expires 03/19/2011