UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL UNION NO. 580 of the INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON
WORKERS, AFL-CIO AND
TRUSTEES OF INTERNATIONAL ASSOCIATION OF    :   07 CIV 5463 (JSR)
BRIDGE, STRUCTURAL, ORNAMENTAL AND
REINFORCING IRON WORKERS EMPLOYEE
BENEFIT FUNDS,
                         Plaintiffs,
    -and-
D.F.S. BROTHERS IRON WORKS, INC. A/K/A
D.F.S. BROTHERS STEEL FABRICATORS, and
MASPETH STEEL FABRICATORS, INC.,
                         Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF NASSAU )

       Joan Cancellieri, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over eighteen (18) years of age and resides in West Hempstead, New York 11552.

       On August 8, 2007, Deponent served the within FIRST AMENDED COMPLAINT upon the following parties in this action, at the addresses indicated below, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   D.F.S. Brothers Iron Works, Inc.
       a/k/a D.F.S. Brothers Steel Fabricators
       58-15 58th Place
       Maspeth, New York 11378

       Robert Tavon, Esq.
       5424 Arlington Avenue, Suite #H-63
       Riverdale, Bronx, New York 10471

                                              _Joan Cancellieri_
                                              Joan Cancellieri

Sworn to before me this 8th
day of August, 2007

_____
NOTARY PUBLIC
LINDA K. ELBE
Notary Public, State of New York
No. 5005671
Qualified in Queens County
Commission Expires 12/14/____