UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # _____

|  |  |
|---|---|
| LOCAL UNION NO. 580 of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO, AND | Civil Action No: <br><br> 07-5463 (JSR) <br><br> **AFFIRMATION** <br> **OF SERVICE** |
| TRUSTEES OF LOCAL UNION NO. 580 of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS EMPLOYEE BENEFIT FUNDS, | |
| Plaintiffs | |
| -and- | |
| D.F.S BROTHERS IRON WORKS, INC A/K/A D.F.S BROTHERS STEEL FABRICATORS, and MASPETH STEEL FABRICATORS, INC., | |
| Defendants | |



U.S. DISTRICT COURT FILED SEP 19 2007 S.D. OF N.Y.

I Robert Tavon, an attorney, do solemnly affirm at penalty of perjury that I am not a party to this action, reside in the County of the Bronx and did serve a copy of an Answer to the Amended Complaint on :

> Dennis Engel, Esq
> Colleran O'Hara
> 1225 Franklin Ave Suite 450
> Garden City, N Y 11530

By depositing it in a U S postal repository located at 254th St and Netherland Ave Broxn NYC on September 19, 2007 in a stamped envelope.

Dated: _____

Robert Tavon, Esq