```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LOCAL UNION NO. 580 of the INTERNATIONAL            :
ASSOCIATION OF BRIDGE, STRUCTURAL,                  :
ORNAMENTAL AND REINFORCING IRON WORKERS, :
AFL-CIO AND                                         :
TRUSTEES OF INTERNATIONAL ASSOCIATION OF            :   07 CIV 5463 (JSR)
BRIDGE, STRUCTURAL, ORNAMENTAL AND                  :
REINFORCING IRON WORKERS EMPLOYEE                   :
BENEFIT FUNDS,                                      :
                              Plaintiffs,           :
              -against -                            :
                                                    :
D.F.S. BROTHERS IRON WORKS, INC. a/k/a              :
D.F.S. BROTHERS STEEL FABRICATORS, and              :
MASPETH STEEL FABRICATORS, INC.,                    :
                                                    :
                              Defendants.           :
-------------------------------------------------------------------X
```

### NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER HOLDING DEFENDANTS IN CONTEMPT

Plaintiffs, LOCAL UNION NO. 580 of the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO AND TRUSTEES OF INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS EMPLOYEE BENEFIT FUNDS, hereby give notice that they will move this Court, the United States District Court of New York for the Southern District of New York before the Honorable Jed S. Rakoff, on December 17, 2007 at 5:00 p.m. at the Courthouse located at 500 Pearl Street, New York, New York for and Order holding Defendants, D.F.S. BROTHERS IRON WORKS, INC. a/k/a D.F.S. BROTHERS STEEL FABRICATORS, and MASPETH STEEL FABRICATORS, INC. in Contempt of Court for their failure and refusal to adhere to and/or comply with the terms of the Court's November 7, 2007 Order.

Answering papers, if any, must be served in the time and manner prescribed by the Federal Rules of Civil Procedures and the Local Rules of the Court.

Dated: December 4, 2007

Respectfully Submitted,

DENIS A. ENGEL

*[signature]*

DENIS A. ENGEL (DAE-7796)
COLLERAN, O'HARA & MILLS L.L.P.
Attorneys for the Plaintiffs
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 248-5757


TO: D.F.S. BROTHERS IRON WORKS, INC. a/k/a
D.F.S. BROTHERS STEEL FABRICATORS, and
MASPETH STEEL FABRICATORS, INC.
58-15 58th Place
Maspeth, New York 11378


Robert Tavon, Esq.
Attorney for Defendant
D.F.S. BROTHERS IRON WORKS, INC. a/k/a
D.F.S. BROTHERS STEEL FABRICATORS, and
MASPETH STEEL FABRICATORS, INC.
5424 Arlington Avenue, Suite H63
Riverdale, New York 10471