

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
LOCAL UNION NO. 580 OF THE           :
INTERNATIONAL ASSOCIATION OF BRIDGE, :
STRUCTURAL, ORNAMENTAL AND           :   07 Civ. 5463 (JSR)
REINFORCING IRON WORKERS AFL-CIO et  :
al.,                                 :        ORDER
                                     :
            Plaintiff,               :
                                     :
        -v-                          :
                                     :
D.F.S. BROTHERS IRON WORKS, INC. and :
MASPETH STEEL FABRICATORS, INC.,     :
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

In open court on September 5, 2007, counsel for defendants, Robert Tavon, informed the Court that he had been suspended from the practice of law by the State of New York and had a grievance matter pending before the Grievance Committee for the United States District Court, Southern District of New York. The Court informed Mr. Tavon that he should alert his clients to the fact that, if he was suspended, they would need to obtain new counsel. See transcript 9/5/07. On October 16, 2007, Mr. Tavon informed counsel for plaintiffs, Denis Engel, that he had been suspended from the practice of law and that his clients would need to obtain new representation. The Court then sent a letter to Mr. Tavon asking him to advise the Court, on or before October 29, 2007, of what steps he or his clients had taken to obtain new counsel. The Court also asked Mr. Tavon to advise his clients that as corporations, they could not appear pro se and would need to retain new counsel. The Court concluded: "To avoid entry of a default judgment, such new counsel must enter an

appearance by Monday, November 5, 2007." On October 29, 2007, the Court received a fax from Mr. Tavon stating that he had informed his clients that they needed to obtain new counsel and that he would "impress upon them the urgency and your [November 5, 2007] deadline." Nonetheless, the November 5th deadline has passed and no new counsel has noticed any appearance for the defendants.

Accordingly, the Clerk of the Court is hereby directed to enter final judgment against defendants, on default. Specifically the arbitrator's award is hereby confirmed and defendants, jointly and severally, are liable to plaintiffs in the sum of $52,494.63. In addition, defendants are hereby found jointly and severally liable for wages and employee benefit contributions for each hour of covered employment DFS or Maspeth performed since October 1, 2005, in an amount to be determined after an audit of defendants' books and records, which plaintiffs shall arrange promptly. Lastly, defendants are hereby found jointly and severally liable for interest, liquidated damages, attorneys fees, and other costs associated with the collection of unpaid employee benefit contributions pursuant to 29 U.S.C. §§ 1132 & 1145, in an amount to be submitted promptly to the Court by plaintiffs. The Court shall retain jurisdiction to resolve any disputes that may arise as to the as-yet unspecified amounts referenced in the preceding two sentences.

SO ORDERED.

Dated: New York, New York
       November 7, 2007

JED S. RAKOFF, U.S.D.J.