

"B"

COLLERAN, O'HARA & MILLS L.L.P.
1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NEW YORK 11530

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL

MICHAEL D. JEW
STEPHANIE SUAREZ
ROBIN YOUNG TYRRELL
JOHN S. GROARKE*
MICHAEL D. BOSSO
ERIN O. DOHERTY

*ALSO ADMITTED IN NJ

516 248-5757
212 614-9119

OF COUNSEL
GLENN A. KREBS
RICHARD REICHLER

PARALEGALS
LAURA A. HARRINGTON
CHRISTOPHER DONOFRIO
JOAN CANCELLIERI
KRISTINE MURPHY
LILLY PIAZZA

EDWARD J. CLEARY
HEALTH & SAFETY CONSULTANT

November 8, 2007

D.F.S. Brothers Iron Works, Inc.
Maspeth Iron Works, Inc.
58-15 58th Place
Maspeth, NY 11378

Attention: Dominick LoFaso

    Re: Local 580 v. DFS Brothers Iron Works
    and Maspeth Iron Works
    Our File No.: 4003-0899
    <u>Civil Action No.: 07 civ 5463(JSR)</u>

Dear Mr. LoFaso:

    Enclosed please find an Order from Judge Rakoff that directs you to submit to an audit of your books and records for the period October 1, 2005 to the present. The Order and Judgment directs that the audit be performed on <u>both</u> D.F.S. and Maspeth. Please be advised that if you do not contact this office <u>immediately</u> to make arrangements for the audit, I will so inform the Court and we will seek appropriate remedies.

    Should you have any questions, please do not hesitate contacting me.

    Very truly yours,

    COLLERAN, O'HARA & MILLS L.L.P.

    By: _____
        DENIS A. ENGEL

DAE/jc
cc:   Dennis Lusardi, Jr.
      Joseph M. Stern (w/enclosure)
      Robert Tavon