

COLLERAN, O'HARA & MILLS L.L.P.
1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NEW YORK 11530

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL

MICHAEL D. JEW
STEPHANIE SUAREZ
ROBIN YOUNG TYRRELL
JOHN S. GROARKE*
MICHAEL D. BOSSO
ERIN O. DOHERTY

*ALSO ADMITTED IN NJ

516 248-5757
212 614-9119



November 8, 2007

OF COUNSEL
GLENN A. KREBS
RICHARD REICHLER

PARALEGALS
LAURA A. HARRINGTON
CHRISTOPHER DONOFRIO
JOAN CANCELLIERI
KRISTINE MURPHY
LILLY PIAZZA

EDWARD J. CLEARY
HEALTH & SAFETY CONSULTANT

**VIA FACSIMILE**
(718) 456-8434
D.F.S. Brothers Iron Works, Inc.
Maspeth Iron Works, Inc.
58-15 58th Place
Maspeth, NY  11378

Attention: Dominick LoFaso

      Re: Local 580 v. DFS Brothers Iron Works
      and Maspeth Iron Works
      Our File No.: 4003-0899
      Civil Action No.: 07 civ 5463(JSR)

Dear Mr. LoFaso:

    We spoke last week about your sending me a letter agreeing to submit to an audit for the period October 1, 2005 to date for both DFS and Maspeth Steel. I have not received that letter. Judge Rakoff has ordered me to file and serve a contempt motion against you for your failure to adhere to his November 7, 2007 Order. Without the letter from you, I have to make the motion. Please send me a letter **today** that expresses your willingness to submit to the audit, or I will have to move forward with the contempt motion. My fax number is (516) 742-1765.

    Should you have any questions, please do not hesitate contacting me.

                             Very truly yours,

                             COLLERAN, O'HARA & MILLS L.L.P.

                             By: _____
                                  DENIS A. ENGEL

## Confirmation Report – Memory Send

```
                                    Page      : 001
                                    Date & Time: Dec-03-07  08:54am
                                    Line 1    : 5167421765
                                    Line 2    : 5167421765
                                    Machine ID : Colleran O'Hara & Mills
```

| | | |
|---|---|---|
| Job number | : | 598 |
| Date | : | Dec-03 08:53am |
| To | : | ☎17184568434 |
| Number of pages | : | 002 |
| Start time | : | Dec-03 08:53am |
| End time | : | Dec-03 08:54am |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 598 | *** SEND SUCCESSFUL *** |

---

**COLLERAN, O'HARA & MILLS L.L.P.**
1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NEW YORK 11530

516 248-5757
212 514-0119

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1929-2003)
EDWARD J. GROARKE
CHRISTOPHER F. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
MICHAEL D. JEW
STEPHANIE SUAREZ
ROBIN YOUNG TYRRELL
JOHN S. GROARKE*
MICHAEL D. BOSSO
ERIN O. DOHERTY
*ALSO ADMITTED IN NJ

OF COUNSEL
GLENN A. KRESS
RICHARD REICHLER

PARALEGALS
LAURA A. HARRINGTON
CHRISTOPHER DONOFRIO
JOAN CANCELLIERI
KRISTINE MURPHY
LILLY PIAZZA

EDWARD J. OLEARY
HEALTH & SAFETY CONSULTANT

---

### FACSIMILE TRANSMITTAL SHEET

TO: Dominick LoFaso
COMPANY: DFS / Maspeth
FAX NUMBER: 718 456 8434
PHONE NUMBER:
RE:

FROM: D-Engel
DATE: 12-3-07
TOTAL NO. OF PAGES, INCLUDING COVER: 2
SENDER'S REFERENCE NUMBER: 4003-899
YOUR REFERENCE NUMBER:

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:
Dominick —
PLEASE RESPOND IMMEDIATELY!
Denise Engel

CONFIDENTIALITY NOTICE
This facsimile transmission and all documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended for the eyes and use of the individual or entity to which this facsimile is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or other use, including the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for a return of the document.

## COLLERAN, O'HARA & MILLS L.L.P.
### 1225 FRANKLIN AVENUE, SUITE 450
### GARDEN CITY, NEW YORK 11530

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL

MICHAEL D. JEW
STEPHANIE SUAREZ
ROBIN YOUNG TYRRELL
JOHN S. GROARKE*
MICHAEL D. BOSSO
ERIN O. DOHERTY

*ALSO ADMITTED IN NJ

516 248-5757
212 614-9119

OF COUNSEL
GLENN A. KREBS
RICHARD REICHLER

PARALEGALS
LAURA A. HARRINGTON
CHRISTOPHER DONOFRIO
JOAN CANCELLIERI
KRISTINE MURPHY
LILLY PIAZZA

EDWARD J. CLEARY
HEALTH & SAFETY CONSULTANT

### FACSIMILE TRANSMITTAL SHEET

TO: Dominick Lofaso
FROM: D. Engel

COMPANY: DFS/Maspeth
DATE: 12-3-07

FAX NUMBER: 718 456 8434
TOTAL NO. OF PAGES, INCLUDING COVER: 2

PHONE NUMBER:
SENDER'S REFERENCE NUMBER: 4003-899

RE:
YOUR REFERENCE NUMBER:

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dominick —
PLEASE RESPOND IMMEDIATELY!

Denis Engel

### CONFIDENTIALITY NOTICE
This facsimile transmission and all documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended for the eyes and use of the individual or entity to which this facsimile is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or other use, including the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for a return of the document.