```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
LOCAL UNION NO. 580 OF THE           :
INTERNATIONAL ASSOCIATION OF BRIDGE, :
STRUCTURAL, ORNAMENTAL AND           :   07 Civ. 5463 (JSR)
REINFORCING IRON WORKERS AFL-CIO et  :
al.,                                 :        ORDER
                                     :
          Plaintiff,                 :
                                     :
          -v-                        :
                                     :
D.F.S. BROTHERS IRON WORKS, INC. and :
MASPETH STEEL FABRICATORS, INC.,     :
                                     :
          Defendant.                 :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On November 7, 2007 the Court issued an order directing the Clerk of the Court to enter final judgment against the defendants, on default. Accordingly, the Clerk of the Court in now

**Hereby Ordered** to terminate court document number 5.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 11, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-07