Affidavit of Service
Notice of Plaintiffs' Motion for an Order Holding Defendants in Contempt

AO 440 (Rev. 8/01) ~~Summons in a Civil Action~~

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the ~~Summons and complaint~~ was made by me(1) | DATE December 6, 2007 at 7:50 AM |
| NAME OF SERVER *(PRINT)* Robert M. Serkes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served: c/o Dominick Lofaso 58-15 58th Place, Maspeth, NY 11378
  D.F.S. Brothers Iron Works, Inc. a/k/a D.F.S. Brothers Steel Fabricators and Maspeth Steel Fabricators, Inc.

- [x] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: "Jose Doe", employee of Company (refused name) Managing Agent
  Desc: White hispanic Male, Black hair, 35-40 yrs., 5'6, 180 lbs.

- [ ] Returned unexecuted:

  Mailed a copy 12/6/07

- [ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 7, 2007

Signature of Server
Robert M. Serkes - #871450
Garden City S., NY

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 20__

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Affidavit of Service
Memorandum of Law in Support of Plaintiffs' Motion for Contempt        Index #07-CIV-5463 (JSR)

AO 440 (Rev. 8/01) ~~Summons in a Civil Action~~

| RETURN OF SERVICE |||
|---|---|---|
| Service of the ~~Summons and Complaint~~ was made by me(1) | DATE December 6, 2007  at: 7:50 AM ||
| NAME OF SERVER (PRINT) Robert M. Serkes | TITLE Process Server ||

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: c/o Dominick Lofaso, 58-15 58th Place, Maspeth, NY 11378

D.F.S. Brothers Iron Works, Inc. a/k/a D.F.S. Brothers Steel Fabricators, and Maspeth Steel Fabricators, Inc.

☒ Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: "Jose Doe", employee of Company (refused name.) Managing Agent

Desc: White Male, Hispanic, Black Hair, 35-40 yrs., 5'6, 180 lbs

☐ Returned unexecuted:

Mailed a copy 12/6/07

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 7, 2007
Date

Signature of Server
Robert M. Serkes - #871450
Garden City S., NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. lTR5031219
Qualified in Nassau County
Commission Expires August 1, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) ~~Summons in a Civil Action~~

| RETURN OF SERVICE ||
|---|---|
| Declaration of Denis A. Engel<br>Service of the ~~Summons and Complaint~~ was made by me(1) | DATE<br>December 6, 2007   at   7:50 AM |
| NAME OF SERVER (PRINT)<br>Robert M. Serkes | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

XX Served personally upon the defendant. Place where served: c/o Dominick Lofaso
58-15 58th place, Maspeth, NY 11378

D.F.S. Brothers Iron Works, Inc. a/k/a D.F.S. Brothers Steel Fabricators and Maspeth Steel Fabricators, Inc.

XX Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: "Jose Doe", employee of Company (refused name,)
Desc: White hispanic Male, Black hair, 35-40 yrs., 5'6, 180 lbs.        Managing Agent

☐ Returned unexecuted:

Mailed a copy 12/6/07

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 7, 2007
Date                                    Signature of Server

Robert M. Serkes - #871450
Garden City S., NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITP-[illegible]219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⊕AO 440 (Rev. 8/01) ~~Summons in a Civil Action~~

| RETURN OF SERVICE ||
|---|---|
| Service of the ~~Summons and complaint~~ Declaration of Denis A. Engel was made by me[(1)] | DATE December 6, 2007 at: 1:35 PM |
| NAME OF SERVER *(PRINT)* Robert M. Serkes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

    ☒ Served personally upon the defendant. Place where served:   c/o Robert Tavon, Esq.
    5424 Arlington Avenue, Ste.H63
    Riverdale, NY 10471

D.F.S. Brothers Iron Works, Inc. a/k/a D.F.S. Brothers Steel Fabricators and Maspeth Steel Fabricators, Inc.

    ☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.~~ dwelling house by affixing to door

attempts: 12/5/07-8:10PM, 12/6/07-8:48AM, 12/6/07-1:35PM
Name of person with whom the summons and complaint were left:

    ☐ Returned unexecuted:                          Mailed a copy on 12/6/07

    ☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 7, 2007      */s/ Robert M. Serkes*
                     Date                    Signature of Server
                                            Robert M. Serkes - #871450
                                            Garden City S., NY

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR_____
Qualified in Nassau County
Commission Expires August 1, 2010
*/s/ Lynn M. Tranquellino*

                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Affidavit of Service
Memorandum of Law in Support of Plaintiffs' Motion for Contempt

%AO 440 (Rev. 8/01) ~~Summons in a Civil Action~~

| RETURN OF SERVICE |||
|---|---|---|
| Service of the ~~Summons and Complaint~~ was made by me[(1)] || DATE December 6, 2007   at: 1:35 PM |
| NAME OF SERVER (PRINT) Robert M. Serkes || TITLE Process Server |
| Check one box below to indicate appropriate method of service |||

[X] Served personally upon the defendant. Place where served:  c/o Robert Tavon, Esq.
5424 Arlington Avenue, Ste.H63
Riverdale, NY 10471

D.F.S. Brothers Iron Works, Inc. a/k/a D.F.S. Brothers Steel Fabricators and Maspeth Steel Fabricators, Inc.

[X] Left copies thereof at the defendant's dwelling house by affixing to door ~~with a person of suitable age and discretion then residing therein~~   attempts: 12/5/07-8:10PM,  12/6/07-8:48AM,  12/6/07-1:35PM

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:                    Mailed a copy of 12/6/07

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 7, 2007
              Date                     Signature of Server
                                       Robert M. Serkes - #871450
LYNN M. TRANQUELLINO                   Garden City S., NY
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010      (Address of Server)

*[signature: Lynn M. Tranquellino]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 6, 2007   at:  1:35 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert M. Serkes | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
c/o Robert Tavon, Esq.
5424 Arlington Avenue, Ste.H63
Riverdale, NY 10471

D.F.S. Brothers Iron Works, Inc. a/k/a D.F.S. Brothers Steel Fabricators and Maspeth Steel Fabricators, Inc.

☒ Left copies thereof at the defendant's dwelling house by affixing to door
attempts: 12/5/07-8:10PM, 12/6/07-8:48AM, 12/6/07-1:35 PM

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Mailed a copy on 12/6/07

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 7, 2007    *Signature of Server*
             Date              Robert M. Serkes - #871450
                               Garden City S., NY

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.