UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOCAL UNION NO. 580 OF THE INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON
WORKERS AFL-CIO, et al.,

                    Plaintiffs,                  07 CIVIL 5463 (JSR)

        -against-                          **DEFAULT JUDGMENT**

D.F.S. BROTHERS IRON WORKS, INC. and
MASPETH STEEL FABRICATORS, INC.,      # 07,2361
                    Defendants.
-----------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on November 7, 2007, having rendered its Order directing the Clerk to enter a final judgment on default, confirming the arbitrator's award, finding defendants, jointly and severally, liable to plaintiffs in the sum of $52,494.63, liable for wages and employee benefit contributions for each hour of covered employment DFS or Maspeth performed since October 1, 2005, in an amount to be determined after an audit of defendants' books and records, which plaintiffs shall arrange promptly, and liable for interest, liquidated damages, attorneys fees, and other costs associated with the collection of unpaid employee benefit contributions pursuant to 29 U.S.C. §§ 1132 & 1145, in an amount to be submitted promptly to the Court by plaintiffs, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 7, 2007, a final judgment on default is entered; the arbitrator's award is confirmed; defendants are, jointly and severally, liable to plaintiffs in the sum of $52,494.63, liable

for wages and employee benefit contributions for each hour of covered employment DFS or Maspeth performed since October 1, 2005, in an amount to be determined after an audit of defendants' books and records, which plaintiffs shall arrange promptly, and liable for interest, liquidated damages, attorneys fees, and other costs associated with the collection of unpaid employee benefit contributions pursuant to 29 U.S.C. §§ 1132 & 1145, in an amount to be submitted promptly to the Court by plaintiffs.

**Dated:** New York, New York
December 12, 2007

J. MICHAEL McMAHON
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____