COLLERAN, O'HARA & MILLS L.L.P.

1225 FRANKLIN AVENUE, SUITE 450

GARDEN CITY, NEW YORK 11530

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
MICHAEL D. JEW
STEPHANIE SUAREZ
ROBIN YOUNG TYRRELL
JOHN S. GROARKE*
*ALSO ADMITTED IN NJ

516 248-5757
212 614-9119



OF COUNSEL
GLENN A. KREBS
RICHARD REICHLER

KEVIN P. MCDERMOTT, ESQ.
DIRECTOR OF LEGISLATIVE AFFAIRS

PARALEGALS
ANN M. CAROLAN
LAURA A. HARRINGTON
CHRISTOPHER DONOFRIO
JOAN CANCELLIERI
KRISTINE MURPHY

EDWARD J. CLEARY
HEALTH & SAFETY CONSULTANT

December 13, 2007

VIA UPS OVERNIGHT
Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Local 580 v. D.F.S.
           Civil Action No.: 07 civ 5463(JSR)
           Our File No.: 4003-899

Dear Judge Rakoff:

    In conformity with a call I received from your chambers, I recently filed and served a Contempt Motion, returnable on December 17, 2007 at 5:00 p.m., for the defendants' failure to submit to an audit of its books and records for the period October 1, 2005 to the present. The Court's direction appears to have had its intended effect as the defendants contacted me by telephone and agreed to comply with the audit. Enclosed herewith is a copy of a letter from the Funds' auditor informing me of the scheduled audit.

    In light of the foregoing, I propose that the return date for the motion be adjourned, pending the defendants' compliance with the intentions expressed in the enclosed correspondence. It would be preferable to adjourn the date, rather than to deny the motion at this time, in the event the defendants do not honor their commitment. When (if) the audit is completed, we will withdraw the motion.

    Please let me know how you would like to proceed.

           Very truly yours,

           COLLERAN, O'HARA & MILLS L.L.P.

           By /s/ Denis A. Engel
               DENIS A. ENGEL

Enclosure
cc: D.F.S./Maspeth

*[Handwritten: Adjourned to 1/17/08 at 9 a.m. SO ORDERED /s/ JSR 12-14-07]*