COLLERAN, O'HARA & MILLS L.L.P.

1225 FRANKLIN AVENUE, SUITE 450

GARDEN CITY, NEW YORK 11530

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL

MICHAEL D. JEW
STEPHANIE SUAREZ
ROBIN YOUNG TYRRELL
JOHN S. GROARKE*
MICHAEL D. BOSSO
ERIN O. DOHERTY

*ALSO ADMITTED IN NJ

516 248-5757
212 614-9119

OF COUNSEL
GLENN A. KREBS
RICHARD REICHLER

PARALEGALS
LAURA A. HARRINGTON
CHRISTOPHER DONOFRIO
JOAN CANCELLIERI
KRISTINE MURPHY
LILLY PIAZZA

EDWARD J. CLEARY
HEALTH & SAFETY CONSULTANT

January 15, 2008

VIA UPS OVERNIGHT
Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
E FILED: 1-17-07

Re:    Local 580 v. D.F.S.
       Civil Action No.: 07 civ 5463(JSR)
       Our File No.: 4003-899

Dear Judge Rakoff:

This firm represents the Plaintiffs in the above matter. I recently filed and served a Contempt Motion, originally returnable on December 17, 2007 at 5:00 p.m., (but now returnable on January 17, 2008) for the defendants' failure to submit to an audit of its books and records for the period October 1, 2005 to the present. The motion was adjourned in order to give the audit process time to proceed. In consultation with the Funds Auditor yesterday, I am now confident that the company will fulfill its obligations to completing the audit, as the company has thus far produced all documents so far requested. Accordingly, I request that the contempt motion be withdrawn, without prejudice.

Please let me know how you would like to proceed.

Very truly yours,

COLLERAN, O'HARA & MILLS L.L.P.

By: _____
DENIS A. ENGEL

cc: D.F.S./Maspeth

SO ORDERED

USDJ
1—16-08